UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAD DEWULF,
        Petitioner,                      Civil No. 10-14129
                                               Honorable Patrick J. Duggan

v.

GREG McQUIGGIN,
        Respondent,
_____/

## JUDGMENT

Petitioner Tad Dewulf ("Petitioner"), a Michigan prisoner presently confined at the Bellamy Correctional Facility in Ionia, Michigan, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is challenging his convictions in 1993 for three counts of resisting and obstructing a police officer in violation of Michigan Compiled Laws § 750.479, and being a fourth felony habitual offender in violation of Michigan Compiled Laws § 769.12. In an Opinion and Order issued on this date, the Court concludes that the petition is barred by the one-year statute of limitations set forth in the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2244(d)(1).

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

Date: August 18, 2011                    s/Patrick J. Duggan
                                                United States District Judge

Copies to:
Tad Dewulf, #228863                      Linus R. Banghart-Linn, Esq.
Bellamy Creek Correctional Facility
1727 West Bluewater Highway
Ionia, MI 48846